UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parkash Narayan,<br><br>    Plaintiff,<br><br>  v.<br><br>Wells Fargo Bank N.A. et al,<br><br>    Defendant. | No. 2:17-cv-00696-TLN-KJN<br><br><br>ORDER |

Pursuant to plaintiff's notice of voluntary dismissal (ECF No. 15) filed on June 1, 2017, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint (ECF No. 1) is DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).
2. Defendants' motions to dismiss and request for judicial notice (ECF Nos. 4, 5, 7) are DENIED without prejudice, as moot.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 5, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/17-878 Narayan v. Wells Fargo – Order Dismissing Complaint

1